IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN AND JANE DOE, AS NEXT FRIENDS OF CHILD DOE, A MINOR, and JOHN DOE 3 AND JANE DOE 3, AS NEXT FRIENDS OF CHILD DOE 3, A MINOR | § § § § § | |
| Plaintiffs, | § | |
| v. | § | Civil No. SA:17-CV-1195-OLG |
| | § | |
| LA VERNIA INDEPENDENT SCHOOL DISTRICT, | § § | |
| Defendant. | § | JURY DEMAND |
| | § | |
| JOHN DOE 1, individually and as next Friend for JOHN DOE 2, a minor, | § § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No. SA:18-CV-0067-OLG |
| | § | |
| LA VERNIA INDEPENDENT SCHOOL DISTRICT, | § § | |
| Defendant. | § | JURY DEMAND |

**DEFENDANT'S ADVISORY TO THE COURT
CONCERNING JURY TRIAL SETTING**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant La Vernia Independent School District (hereinafter, "LVISD" or "the District") and files this Advisory to the Court and shows the Court the following:

Pursuant to the Second Amended Scheduling Order entered on March 20, 2019, the Pretrial Conference has been reset for February 5, 2020; and the Jury Trial Date has been reset for February 10, 2020. Dkt. No. 60. The undersigned counsel advises the Court that Defendant's counsel is currently set for Final Pretrial Conference on January 30, 2020 and jury

trial on February 10, 2020 in the United States District Court for the Western District of Texas, San Antonio Division in Cause No. SA-18-CV-546-XR pursuant to the Scheduling Order issued in this matter on March 18, 2019.  The under signed counsel currently does not have any settings during the months of March 2020 and April 2020.

Accordingly, the undersigned counsel respectfully requests that the trial date of this matter be reset to a date on which the Court and all counsel of record are available.

               Respectfully Submitted,

               By: /s/ *D. Craig Wood*
                   D. Craig Wood
                   Attorney-in-Charge
                   State Bar No. 21888700
                   cwood@wabsa.com

               By: */s/ Katie E. Payne*
                   Katie E. Payne
                   State Bar No. 24071347
                   kpayne@wabsa.com

**WALSH GALLEGOS TREVIÑO RUSSO & KYLE P.C.**
1020 NE Loop 410, Suite 450
San Antonio, Texas  78209
TEL. NO.: (210) 979-6633
FAX NO.: (210) 979-7024

**ATTORNEYS FOR DEFENDANT LA VERNIA INDEPENDENT SCHOOL DISTRICT**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 16th day of April, 2019, a true correct copy of the above and foregoing was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

**COUNSEL FOR JOHN AND JANE DOE, AS NEXT FRIENDS OF CHILD DOE, A MINOR AND JOHN DOE 3 AND JANE DOE 3, AS NEXT FRIENDS OF CHILD DOE 3:**
Tim Maloney
Law Offices of Maloney & Campolo
926 S. Alamo
San Antonio, Texas 78205

**COUNSEL FOR JOHN DOE 1 AND JOHN DOE 2, A MINOR:**
Fidel Rodriguez, Jr.
LAW OFFICES OF FIDEL RODRIGUEZ, JR.
111 Soledad, Suite 1300
San Antonio, Texas 78205

R. Carlo Garcia
OLIVA, SAKS, GARCIA & CURIEL, LLP
14255 Blanco Rd.
San Antonio, Texas 78216

/s/ *D. Craig Wood*
D. Craig Wood