# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN DOE, JANE DOE, CHILD DOE, | § | |
| JOHN DOE #1, JOHN DOE #2, JANE DOE | § | |
| 3, CHILD DOE 3, JOHN DOE 3 | § | NO:  SA:17-CV-01195-OLG |
| | § | (LEAD CASE) |
| vs. | § | SA-18-CV-0067-OLG |
| | § | (Consolidated Case) |
| LA VERNIA INDEPENDENT SCHOOL | § | |
| DISTRICT | § | |

**REVISED SCHEDULING ORDER**

Pursuant to the Joint Motion to Enter Revised Scheduling Order Deadlines, the Court issues the following Revised Scheduling Order:

1.  All parties asserting claims for relief shall FILE their designation of testifying  experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P.  26(a)(2)(B) by **Monday, December 30, 2019.**  Parties resisting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required  by  Fed. R. Civ. P. 26(a)(2)(B) by **Monday, February 03, 2020.**   All designations of rebuttal experts shall be FILED, and the materials required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be SERVED,  within 14 days of receipt of the report of the opposing expert.

2.  An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within (14) days of receipt of the written report of the expert's proposed testimony, or within (14) days of the expert's deposition, if a deposition is taken, whichever is later.

3.  The parties shall complete all discovery on or before **Monday, February 24, 2020.**  Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

4.  All dispositive motions shall be filed no later than **Thursday, April 09, 2020.**   Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 20 pages in length.

5.  The parties shall mediate this case on or before **Monday, May 11, 2020**, unless the parties seek an order from the Court excusing them from mediation.

6   This case is set for **pretrial conference on Wednesday, September 16, 2020 at 10:00 a.m. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of a pretrial conference and/or trial.**

7.     This case is set for **jury selection and trial** on **Monday, September 21, 2020 at 9:30 a.m**.

   **SIGNED AND ENTERED** this 26th day of November, 2019.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE